**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DANIEL GOINS,**

    **Plaintiff,**

v.                                                             **Case No. 8:08-cv-836-T-30TBM**

**SMITH FAMILY HOMES
CORPORATION,**

    **Defendant.**
_____/

## ORDER

This cause comes before the Court for consideration of Defendant's Notice of Case Under Chapter 7 Of United States Bankruptcy Code and Notice of Automatic Stay (Dkt. 8), which states Defendant filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Middle District of Florida, Tampa Division, Case No. 8:08-bk-11088-KRM, on July 25, 2008. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED**.

2. The Clerk is directed to administratively **CLOSE** this case.

3. Should this suit not be resolved by the bankruptcy proceedings, Plaintiff may reinstate this case to active status upon proper motion and good cause shown.

If this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

4. Plaintiff shall file a status report on or before February 18, 2009, and every six months thereafter, regarding Defendant's bankruptcy proceedings.

**DONE** and **ORDERED** in Tampa, Florida on August 20, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-836.mt stay.frm